IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHALEE DENNIS                               *
                                            *
    v.                                      *   Civil No. JFM-08-385
                                            *
STEVEN HEARNE, M.D., ET AL.                 *
                                        *****

ORDER

As stated in the accompanying memorandum to counsel, it is, this 25th day of April 2008

ORDERED

1. The parties' joint motion to transfer is denied;

2. This action is dismissed for lack of subject matter jurisdiction (there not being any diversity of citizenship between the parties); and

3. Plaintiffs are directed, if they wish to pursue the claims set forth in this action, to file a new case in the Circuit Court for Wicomico County, Maryland.


/s/
J. Frederick Motz
United States District Judge